[No. 38178-4-I.    Division One.    August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY C. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01657-6, Anita Louise Farris, J., entered March 6, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 38254-3-I.    Division One.    August 4, 1997.]

PAT M. SANBORN, ET AL., *Appellants*, v. FOSS ENVIRONMENTAL SERVICES COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-23321-1, John M. Darrah, J., entered January 26, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, C.J., concurred in by Cox and Ellington, JJ.

[No. 38384-1-I.    Division One.    August 4, 1997.]

GEORGIA A. GARDNER, *Appellant*, v. JOSEPH MARK OLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-00667-8, Michael F. Moynihan, J., entered February 28, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[No. 38618-2-I.    Division One.    August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00056-2, JoAnne Alumbaugh, J., entered May 3, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.